# UNITED STATES DISTRICT COURT
## For The
## NORTHEN DISTRICT OF FLORIDA

Civil Action No: 3:22-CV-18229-TKW-ZCB

Joseph Maldonado
  Plaintiff

V.

BMG RIGHTS MANAGEMENT LLC
CREATE MUSIC GROUP
TIGER KING PUBLISHING
RIP ROARING RECORDS
VINCE JOHNSON
  Defendants

## REQUEST MOTION FOR DISMISSAL

My name is Vince Johnson and i will be acting as my own Attorney. And that all Claims brought by the Plaintiff Against the other Defendants should not be considered By the Court until or if my Case is heard. or Case Dismissed

1. I believe this Case should not be heard in the State of Florida i live in Wa State the Plaintiff is a inmate in North Carolina Who lived in Oklahoma And states he's moving to Fort Smith Arkansas And that the Plaintiff has already filed a case "Please see in Back" For the Western District of Oklahoma- Oklahoma City Division

2. Rip Roaring Records. There suing the wrong company ~~lol~~
According to the plaintiffs counsel he contacted them
in September of 2022 putting them on Notice
to stop using Maldonados Music. And asking this Court
For compensation for his/the Plaintiff
The Rip Roaring Records he's trying to Punish is a
reissue label ~~w.~~ Out of Albany-Brooklyn NY
With No ties to me What so Ever
If the court would like they can see for themselves
its on the Summons before you P. 27-29
3. Tiger King Publishing. is Just a different name
for my Publishing as opposed to using Vince Johnson
Its the Norm in the Music bussiness
And at this point is essentially worthless. BMG is my publisher
4. Create Music Group. Trys to find hidden money owed to artist
And distribute there Music. Create is 100° innocent
in all of this lawsuit nonsense. They took me on as a artist
Period
5. BMG. is a Publisher who believe in my songs
and me as a songwriter BMG is 100° innocent in this lawsuit ~~Farce~~ Farce
Period
6. Vince Johnson. What a crazy world we live in
When someone can be sued for using there own songs/work
See. Fogert V. Fogert 510 US 517
See. Community For Creative NonViolence V Reid 490 U.S. 730
Full copyright buyouts are considered unconscionable →

6. Unconscionable and potentially unenforceable in the United States. Is a quote i read somewhere while doing research to respond to this summons. I Saw A Tiger was the first song i wrote Danny Clinton sang. "Former bandmate who has passed away" And we recorded here in Vancouver Wa. For Maldonado to use only to be played at his zoo and his gift shop which where located in Oklahoma. With proper credit given to us. 2 months later by accident i saw a video Maldonado had made of him preforming/lip syncing the song with no credit to us. That agreement as well as others was signed for lack of a better word retroactively in order to get paid what was promised by Maldonado. Which he never did. I ask the court to consider these Null and Void. A aggrement is only good if both parties hold up there end of the bargain

7. A few facts for the court to consider is the Plaintiff Joseph Maldonado AKA Joe Exotic is in prison convicted of a Murder for hire plot and animal cruelty. And was once found guilty of Trademark Infringment ie Stealing.

8. Maldonado AKA Joe Exotic. To this very day is profiting off my songs. downloads CDs etc And still pretending that he's a country western artist

9/28/2022
(Date)

Vince Johnson
(Signature/Petitoner)

9307 N.E 87th Street
Vancouver Washington
98662
(Address)

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA
OKLAHOMA CITY - DIVISION

JOSEPH A. MALDONADO-PASSAGE;
JOE SCHRELBVOGEL; AKA - JOE EXOTIC, PLAINTIFF,

-V-

COMPLAINT
CIVIL NO. _____

BMG RIGHTS MANAGEMENT,
ROYAL GOODE PRODUCTIONS,
NETFLIX, AND VINCE LEE JOHNSON, DEFENDANT'S.

### 1.
### JURISDICTION AND VENUE

This is a Civil action against the above mentioned Defendant's seeking an Injunction Order, Statutory and Compensatory damages for intellectual property and copyright infringement, and violating confidentiality contract's. BMG Management put online, (Google Search Engine), that they copyrighted the Plaintiff's composition music; "**I Saw A Tiger and Here Kitty Kitty**," and stating that the composition music had been written, produced and composed by Vince Lee Johnson. Therefore, this Court is the proper venue to hear this case.

### 2.
### PLAINTIFF

The Plaintiff; "Joseph A. Maldonado-Passage; Joe Schrelbvogel; AKA - Joe Exotic," is the sole owner and producer of the composition music; "**I Saw A Tiger and Here Kitty Kitty**," and it was his band "**WALKING ON THE EDGE**" who actually recorded and performed the composition music in question.

(1)

USPS Priority Mail Express Flat Rate Envelope

Postage: $26.95
VANCOUVER, WA 98682
SEP 30, 22

Label: EI 487 088 675 US

ORIGIN:
PO ZIP Code: 98682
Date Accepted: 9-30-22
Time Accepted: 10:05 AM
Scheduled Delivery Date: 10-1-22
Scheduled Delivery Time: 6:00 PM
Postage: $26.95
Total Postage & Fees: $26.95
Acceptance Employee Initials: MO

FROM:
V. Johnson
9307 NE 87th Street
Vancouver, WA 98662

TO:
U.S Courthouse - clerk office
One North Palafox St.
Pensacola, FL
32502

RECEIVED OCT - 4 2022

