## The GW Zoo

Joe Exotic

25803 N. County Rd 3250

Wynnewood, OK. 73098

## TRANSFER OF MUSIC RIGHTS AGREEMENT

This Agreement (the "Agreement") entered into on  5/31/113 , together with all attached schedules and exhibits, shall constitute the terms and conditions of the agreement between  Joe Schreibvogel aka Joe Exotic  ("Company") and  Vince Johnson The Clinton Johnson Band  ("Producer").

The Producer has produced and warants that the song entitled "I Saw A Tiger" is his original composition and was solely composed, produced and recorded by him. He relinquishes all copyright, publishing rights and all other related rights of the said song to include any and all uses to the company. All rights of the song "I Saw A Tiger" will rest with the company in purpituity in all jurisidictions and through all process once this agreement is executed.

This Agreement is binding upon and shall inure to the benefit of the respective successors and/or assigns of the parties hereto.

This Agreement sets forth the entire agreement between the parties with respect to the subject matter hereof, and may not be modified or amended except by written agreement executed by the parties hereto.

This Agreement shall be governed by the laws of the State of Oklahoma, applicable to agreements made and to be wholly performed therein.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the day and year first above written.

AGREED TO & ACCEPTED:

_____                    _____
Joe Schreibvogel (company)                                            Vince Johnson   Producer

Exhibit 1