# Compensated Employee Confidentiality Agreement

FOR GOOD CONSIDERATION, and in consideration of being compensated by Joe Schreibvogel/G.W. Zoo/ Tiger King Records/Joe Exotic TV/Reedflashman or any DBA thereof, the undersigned singer, songwriter, band or employee thereof hereby agrees and acknowledges:

1. That during the course of my employ/volunteer there may be disclosed to me certain trade secrets of the Company; said trade secrets consisting but not necessarily limited to:

(a) Technical information: Methods, processes, formulas, compositions, systems, techniques, inventions, machines, computer programs, research projects, songs, music, scripts and trade secrets.

(b) Business information: Customer lists, pricing data, sources of supply, financial data and marketing, diets, policies, procedures, inspections, complaints, accidents, inventory, production, or merchandising systems or plans.

2. I agree that I shall not during, or at any time while my being employed/volunteering with the Company, use for myself or others, or disclose or divulge to others including future employees, government agencies, animal rights groups, parents, friends, or relative any trade secrets, confidential information, or any other proprietary data of the Company in violation of this agreement.

3. That upon the termination of my employment/volunteering from the Company:

(a) I shall return to the Company all documents and property of the Company, including but not necessarily limited to: drawings, blueprints, reports, manuals, correspondence, customer lists, computer programs, keys, pictures, uniforms, audio or video and all other materials and all copies thereof relating in any way to the Company's business, or in any way obtained by me during the course of employ/volunteering. I further agree that I shall not retain copies, notes, or abstracts of the foregoing.

(b) The Company may notify any future or prospective employer or third party of the existence of this agreement, and shall be entitled to full injunctive relief for any breach.

(c) This agreement shall be binding upon me and my personal representatives and successors in interest, and shall inure to the benefit of the Company, its successors and assigns in the United States.

4. In the event of any breach by you (or your agents) of this Confidentiality Agreement, you shall pay as liquidated damages, and not as a penalty, the sum of One Million Dollars ($1,000,000) for each such breach, which the parties agree represents reasonable compensation for the harm incurred as a result of such breach.

Signed this _A_ day of _26_____, 20_14_.

_____    Vince Johnson    _____
Joe Schreibvogel              (Compensated Person) Print    (Compensated Person) Sign

Exhibit 6