| | |
|---|---|
| From: | Catherine Halsema |
| To: | FTW-ExecAssistant-S (BOP); lmares@bop.gov; djeter@bop.gov; k1brown@bop.gov; cmanes@bop.gov; Vince John Phillips; Amy Hanna |
| Cc: | |
| Subject: | Inmate Joseph Maldonado #26154-017 |
| Date: | Thursday, June 8, 2023 10:01:31 AM |
| Attachments: | image001.png |
| | image002.png |

Good morning all,

      I am following up on our May 2, 2023 request to coordinate the deposition of Joseph Maldonado, inmate # 26154-017. As we previously explained, we are under Court order to coordinate this deposition. Please contact me by email at catherine@floridajustice.com or by telephone at (904) 444-4444 so that we can make the arrangements.

Thank you,

Catherine Halsema, Paralegal

**Phillips, Hunt, Walker & Hanna**
212 North Laura Street
Jacksonville, FL  32202
Office Telephone:  (904) 444-4444
Email: catherine@floridajustice.com
Web:  www.floridajustice.com



COMMITTED TO JUSTICE
904-444-4444


CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.


**From:** FTW-ExecAssistant-S (BOP) <FTW-ExecAssistant-S@bop.gov>
**Sent:** Thursday, May 18, 2023 9:31 AM
**To:** Catherine Halsema <catherine@floridajustice.com>
**Subject:** Re: Inmate Joseph Maldonado #26154-017

Good morning,

Exhibit 1

I have sent your request to the Unit Manager to coordinate the deposition. I will follow up this later today.

M. Gjurgevich
Executive Assistant
FMC Fort Worth
3150 Horton Road
Fort Wort, TX 76119
817-534-8400

**From:** Catherine Halsema <catherine@floridajustice.com>
**Sent:** Thursday, May 18, 2023 8:20 AM
**To:** FTW-ExecAssistant-S (BOP) <FTW-ExecAssistant-S@bop.gov>; Mares, Larry (BOP) <lmares@bop.gov>; Jeter, Damon (BOP) <djeter@bop.gov>; Brown, Kerry (BOP) <k1brown@bop.gov>; Manes, Chad (BOP) <Cmanes@bop.gov>
**Cc:** John Phillips <jmp@floridajustice.com>; Amy Hanna <amy@floridajustice.com>
**Subject:** [EXTERNAL] Inmate Joseph Maldonado #26154-017

Good morning all,

    I am following up on our request to schedule the deposition of inmate Joseph Maldonado #26154-017. Would you please provide me with the contact information of the person who can assist with this?

    Additionally, in response to C. Manes' request, I have attached a copy of the Court's Order compelling us to coordinate the deposition. Please let me know if you need any other information.

Thank you,

Catherine Halsema, Paralegal

**Phillips, Hunt, Walker & Hanna**
212 North Laura Street
Jacksonville, FL  32202
Office Telephone:  (904) 444-4444
Email: catherine@floridajustice.com
Web:  www.floridajustice.com



COMMITTED TO JUSTICE
904-444-4444

Exhibit 1

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

**From:** Catherine Halsema <catherine@floridajustice.com>
**Sent:** Tuesday, May 16, 2023 12:35 PM
**To:** FTW-ExecAssistant-S (BOP) <FTW-ExecAssistant-S@bop.gov>
**Cc:** John Phillips <jmp@floridajustice.com>; Amy Hanna <amy@floridajustice.com>; Vince <vincejohnson@q.com>
**Subject:** Inmate Joseph Maldonado #26154-017

Good afternoon,

 I am following up on our request to schedule the deposition of Joseph Maldonado. I have attached a copy of the Order from the Judge directing us to assist with the coordination of Mr. Maldonado's deposition. (See Pages 3 and 4). Please provide us with the contact information for the person who can help schedule the deposition.

Thank you,

Catherine Halsema, Paralegal

**Phillips, Hunt, Walker & Hanna**
212 North Laura Street
Jacksonville, FL 32202
Office Telephone: (904) 444-4444
Email: catherine@floridajustice.com
Web: www.floridajustice.com



COMMITTED TO JUSTICE
904-444-4444

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

Exhibit 1

Thank you.

**From:** Catherine Halsema <catherine@floridajustice.com>
**Sent:** Monday, May 8, 2023 11:07 AM
**To:** FTW-ExecAssistant-S (BOP) <FTW-ExecAssistant-S@bop.gov>; Vince <vincejohnson@q.com>
**Cc:** Amy Hanna <amy@floridajustice.com>; John Phillips <jmp@floridajustice.com>
**Subject:** Inmate Joseph Maldonado #26154-017

Good morning,

    I am sorry to bother you with this again, however I have not heard from anyone yet. Is there someone specific you can refer me to assist with this request so that you are no longer the go-between? Pursuant to the court order, we are required to coordinate the deposition of inmate Joseph Maldonado in connection with an ongoing civil matter and are under court imposed deadlines in getting the deposition accomplished.

    Thank you again for your assistance with this request.

Catherine Halsema, Paralegal

**Phillips, Hunt, Walker & Hanna**
212 North Laura Street
Jacksonville, FL 32202
Office Telephone: (904) 444-4444
Email: catherine@floridajustice.com
Web: www.floridajustice.com



COMMITTED TO JUSTICE
904-444-4444

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

**From:** FTW-ExecAssistant-S (BOP) <FTW-ExecAssistant-S@bop.gov>
**Sent:** Wednesday, May 3, 2023 10:59 AM

Exhibit 1

**To:** Catherine Halsema <catherine@floridajustice.com>
**Subject:** Re: Inmate Joseph Maldonado #26154-017

Good morning,

Your email has been forwarded to the appropriate department for further review/action.

Thanks,

M. Gjurgevich
Executive Assistant
FMC Fort Worth
3150 Horton Road
Fort Wort, TX 76119
817-534-8400

---

**From:** Catherine Halsema <catherine@floridajustice.com>
**Sent:** Tuesday, May 2, 2023 3:00 PM
**To:** FTW-ExecAssistant (BOP) <FTW-ExecAssistant@bop.gov>
**Cc:** Amy Hanna <amy@floridajustice.com>
**Subject:** [EXTERNAL] Inmate Joseph Maldonado #26154-017

Good afternoon,

      I am hoping you can help me. Pursuant to a Court Order, I need to coordinate the deposition of Mr. Joseph Maldonado. Would you please provide me with the contact information for the person at the prison who can help with this?

Thank you,

Catherine Halsema, Paralegal

**Phillips, Hunt, Walker & Hanna**
212 North Laura Street
Jacksonville, FL  32202
Office Telephone:  (904) 444-4444
Email: catherine@floridajustice.com
Web:  www.floridajustice.com



COMMITTED TO JUSTICE
904-444-4444

Exhibit 1

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

Exhibit 1