UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION
Civil Hearing Minutes

| | |
|---|---|
| Case Style: | *Maldonado v. Johnson; 3:22cv18229-TKW/ZCB* |
| Type of Hearing: | Telephonic Motion Hearing (ECF 73 and 75) |
| Time Commenced: | 10:30 a.m.     Time Concluded:    10:55 a.m. |
| Court Reporter: | DCR |
| Courtroom Deputy: | Sylvia Williams |

**Attorney(s) for Plaintiffs:**
Joseph Maldonado, Pla
John Phillips, Esquire

**Attorney(s) for Defendants:**
Vince Johnson, Pro Se Def

This hearing included attendance by:

    Videoconferencing/ZOOM:    ___ YES     X  NO

    Telephone:     X  YES    ___ NO

Filed 9/21/2023
CRD initials: sdw