# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

JOSEPH MALDONADO,

        Plaintiff,               Case No. 3:22-cv-18229-TKW-ZCB

v.

VINCE JOHNSON,

        Defendant.

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Joseph Maldonado, through his undersigned counsel, hereby voluntarily dismisses with prejudice Counts II and V of the First Amended Complaint [DE 39], with each party to bear their own costs and fees.

Dated this 26th day of December, 2023.

                                       */s/ John M. Phillips*
                                       **JOHN M. PHILLIPS, ESQUIRE**
                                       **AMY HANNA, ESQUIRE**
                                       Florida Bar No.: 120471
                                       212 North Laura Street
                                       Jacksonville, Florida 32202
                                       (904) 444-4444
                                       (904) 508-0683 (facsimile)
                                       jmp@floridajustice.com
                                       amy@floridajustice.com

catherine@floridajustice.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 26th day of December, 2023, a true and correct copy of the foregoing was electronically filed in the U.S. District Court, Northern District of Florida, Pensacola Division, which will serve copies on all counsel of record.

**Respectfully submitted,**

**PHILLIPS, HUNT, WALKER & HANNA**

*/s/ John M. Phillips*
**JOHN M. PHILLIPS, ESQUIRE**
Florida Bar No.: 0477575
**AMY HANNA, ESQUIRE**
Florida Bar No.: 120471
212 North Laura Street
Jacksonville, Florida 32202
(904) 444-4444
(904) 508-0683 (facsimile)
jmp@floridajustice.com
amy@floridajustice.com
catherine@floridajustice.com
*Attorneys for Plaintiff*