UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**JOSEPH MALDONADO,**

    Plaintiff,

v.                                      Case No: 3:22-cv-18229-TKW-ZCB

**VINCE JOHNSON,**

    Defendant.

_____/

## DEFENDANT'S RESPONSE TO PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL [DKT. 115]

Johnson does not object to a dismissal with prejudice, but does object to Plaintiff's statement that each party shall bear its own fees and costs. Plaintiff frivolously pursued claims under the Copyright Act, when those claims have never had any merit. Nonetheless, Plaintiff continued to pursue its claims anyway and burdened Johnson and the Court with having to address meritless copyright claims.

Johnson will be entitled to his attorney fees for having had to defend against the copyright claims. *See* 17 U.S.C. § 505 ("In any civil action under this title, the court in its discretion may allow the recovery of full costs by or against any party other than the United States or an officer thereof. Except as otherwise provided by this title, the court may also award a reasonable attorney's fee to the prevailing party as part of the costs."). Johnson will pursue his fee claim at the conclusion of this

matter, and will explain to the Court how Plaintiff's arguments were frivolous, improperly motivated, objectively unreasonable, and warrant a fee award given the circumstances. *See e.g.*, *Paynter v. Jackson*, 2022 WL 18932728, at *1 (N.D. Fla. Oct. 17, 2022) (citing *MiTek Holdings, Inc. v. Arce Eng'g Co.*, 198 F.3d 840, 842 (11th Cir. 1999) and *Fogerty v. Fantasy, Inc.*, 510 U.S. 517, 535 & n.19, 114 S.Ct. 1023 (1994)). But for purposes of responding to Plaintiff's notice, Johnson objects to language suggesting the parties bear their own costs and fees. Johnson is prepared to brief the fee issue now if the Court prefers, but understands the Court would likely prefer to resolve the issue at the conclusion of this matter when all claims have been disposed of.

## **LOCAL RULE 7.1(F) AND 5.1(C) CERTIFICATION**

I HEREBY CERTIFY that this memorandum complies with the applicable word count requirements of Local Rule 7.1(F) and contains 280 words, excluding the parts exempted by L.R. 7.1(F). This word count was calculated using the word-processing system of Microsoft Word.

This memorandum also complies with the format requirements of Local Rule 5.1(C) and is double-spaced with 14-point font.

Dated: January 5, 2024      By: */s/ Woodrow H. Pollack*
Woodrow H. Pollack
Florida Bar No. 26802
Brian J. Paul
Florida Bar No. 1018684
**SHUTTS & BOWEN, LLP**
4301 West Boy Scout Boulevard
Suite 300
Tampa, FL  33607
wpollack@shutts.com
Telephone:   813-463-4894
Facsimile:    813-229-8901

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on <u>January 5, 2024</u> a true and correct copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.

*/s/ Woodrow H. Pollack*
Woodrow H. Pollack
