UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOSEPH MALDONADO,
    Plaintiff,

vs.                             Case No.: 3:22-cv-18229/TKW/ZCB

VINCE JOHNSON,
    Defendant.
_____/

# REPORT AND RECOMMENDATION

This matter is before the Court on Plaintiff's Notice of Voluntary Dismissal (Doc. 115) and Defendant's response (Doc. 118). Plaintiff seeks to voluntarily dismiss Count II (copyright infringement) and Count V (Lanham Act violation) of his First Amended Complaint (Doc. 39) with prejudice under Rule 41(a)(1)(A)(i). (Doc. 115). The Court construes Plaintiff's notice as a motion for voluntary dismissal under Rule 41(a)(2) because Defendant has filed an answer.[1]

---

[1] *Compare* Fed. R. Civ. P. 41(a)(1)(A)(i) ("[T]he plaintiff may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.") *with* Fed. R. Civ. P. 41(a)(2) ("Except as provided in Rule 41(a)(1), an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper.")

1

The Court has broad discretion when determining whether to grant a voluntary dismissal under Rule 41(a)(2). *McCants v. Ford Motor Co., Inc.*, 781 F.2d 855, 857 (11th Cir. 1986). Voluntary "dismissal should be granted unless the defendant will suffer clear legal prejudice, other than the mere prospect of a subsequent lawsuit, as a result." *Id.* at 856-57. Here, Plaintiff seeks dismissal of Counts II and V with prejudice. Defendant has not objected to dismissal of Counts II and V. (*See* Doc. 118). Nor has Defendant identified any clear legal prejudice that he would suffer if these two counts were dismissed. Therefore, the Court believes dismissal of Counts II and V of Plaintiff's First Amended Complaint with prejudice would be proper. *See Pontenberg v. Boston Sci. Corp.*, 252 F.3d 1253, 1256 (11th Cir. 2001) (upholding the district court's grant of voluntary dismissal when the defendant had identified no clear legal prejudice that it would suffer from dismissal).

Additionally, Plaintiff requests each party bear their own fees and costs with respect to dismissal of these counts of Plaintiff's pleading. Defendant has opposed that request, arguing that issues regarding fees and costs should be addressed at the conclusion of this litigation. The Court agrees with Defendant and believes any determination regarding

2

fees and costs should be deferred until the conclusion of litigation in this case.

For the reasons above, it is respectfully **RECOMMENDED** that **Counts II and V** of Plaintiff's First Amended Complaint be **DISMISSED with prejudice** under Rule 41(a)(2).

At Pensacola, Florida, this the 25th day of January 2024.

*/s/ Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge

**Notice to the Parties**

Objections to these proposed findings and recommendations must be filed within fourteen days of the date of the Report and Recommendation. <u>Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control.</u> An objecting party must serve a copy of the objections on all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.