UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOSEPH MALDONADO,
    Plaintiff,

vs.                                              Case No.: 3:22cv18229/TKW/ZCB

VINCE JOHNSON,
    Defendant.
_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 120). No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's recommended disposition of Counts II and V of the amended complaint. Accordingly, it is

**ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Counts II and V of the First Amended Complaint are **DISMISSED with prejudice** under Fed. R. Civ. P. 41(a)(2). Any issues regarding attorney's fees and costs related to the dismissal of these counts are deferred until the remaining claims in the case are resolved.

3. This case is returned to the magistrate judge for further pretrial proceedings.

**DONE and ORDERED** this 12th day of February, 2024.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**