UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION
Civil Hearing Minutes

| | |
|---|---|
| Case Style: | *Maldonado v. Johnson; 3:22cv18229-TKW/ZCB* |
| Type of Hearing: | Motion Hearing (ECF 102, 110, 122, and 123) |
| Time Commenced: | 2:40 p.m.     Time Concluded:   3:50 p.m. |
| Presiding: | Zachary C. Bolitho, U.S. Magistrate Judge |
| Court Reporter: | DCR |
| Courtroom Deputy: | Sylvia Williams |

---

**Attorney(s) for Plaintiffs:**
John Phillips, Esquire
George Farrell IV, Esquire

**Attorney(s) for Defendants:**
Brian Paul, Esquire
Woodrow Pollack, Esquire


Filed 3/5/2024.
CRD initials: sdw